JOSEFINA VASQUEZ v. JOHN J. HORN.

May 18, 1982.

Petition for certification denied. (See 181 *N.J. Super.* 529)

STEVEN DAIBOCH v. THE BOROUGH OF POINT
PLEASANT BEACH.

May 18, 1982.

Certification granted, and the judgment of the Superior
Court, Appellate Division is summarily reversed and the matter
is remanded to the Appellate Division for reconsideration in
light of *Borough of Belmar Policemen's Benevolent Association,
etc., et al., v. Borough of Belmar, et al.,* 89 *N.J.* 255 (1982).

JOHN R. RUTLEDGE, JR. v. RICHARD S. GULIAN.

May 18, 1982.

Petition for certification granted.